No. 70–5139. GREEN *v.* CALIFORNIA. Sup. Ct. Cal. Petition for writ of certiorari dismissed July 14, 1971, pursuant to Rule 60 of the Rules of this Court. ■

No. 70–5104. McGHEE *v.* PENNSYLVANIA. Super. Ct. Pa. Petition for writ of certiorari dismissed July 27, 1971, pursuant to Rule 60 of the Rules of this Court.

No. 70–100. COL-AN ENTERTAINMENT CORP. ET AL. *v.* HARPER ET AL. Appeal from D. C. N. D. Fla. dismissed August 20, 1971, pursuant to Rule 60 of the Rules of this Court.
[Probable jurisdiction noted, 402 U. S. 941.]

No. 70–177. UNITED STATES *v.* INTERNATIONAL TELEPHONE & TELEGRAPH CORP. Appeal from D. C. Conn. dismissed August 23, 1971, pursuant to Rule 60 of the Rules of this Court.

No. 70–5374. AMEERIAR ET UX. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Petition for writ of certiorari dismissed September 2, 1971, pursuant to Rule 60 of the Rules of this Court.

No. 71–5199. KOPOLSKY *v.* UNITED STATES. C. A. 2d Cir. Petition for writ of certiorari dismissed September 3, 1971, pursuant to Rule 60 of the Rules of this Court.